■ In the Matter of MARSON CONSTRUCTION CORPORATION, Appellant, v CITY OF NEW YORK et al., Respondents. [642 NYS2d 503] —Order and judgment (one paper), Supreme Court, New York County (Edith Miller, J.), entered December 23, 1994, unanimously affirmed for the reasons stated by Miller, J., without costs and disbursements. No opinion. Concur—Murphy, P. J., Rubin, Kupferman, Ross and Tom, JJ.